```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                March 15, 2021

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY:     VPC     DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE LEWINSON, | Case No. 2:20-cv-04930-SB-DJSx |
| Plaintiff, | (Honorable Stanley Blumenfield, Jr.) |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| METROPOLITAN LIFE INSURANCE COMPANY; NORDSTROM, INC. WELFARE BENEFIT PLAN; and DOES 1 to 10, Inclusive, | **[FRCP 41 (a)]** |
| Defendants. | |
| | Complaint Filed: June 3, 2020 |

ORDER DISMISSING ACTION

1032656\307564256.v1

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 15, 2021

_____
HON. STANLEY BLUMENFIELD, JR.
UNITED STATES DISTRICT JUDGE